IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALVIN AVON BRAZIEL, JR.,

        Petitioner,

      VS.                     Cause No. 3:09-CV-1591-M

RICK THALER,               Death Penalty Case
Director, Texas Department of Criminal
Justice, Institutional Division,

        Respondent

---

## APPENDIX TO BRIEF IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT

---

## **TABLE OF CONTENTS**

**PARKS TDCJ RECORDS**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**PARKLAND HOSPITAL RECORDS**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**PARKS GLENDA TURNER NOTES**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

**GLENDA TURNER AFFIDAVIT**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

**CLERK'S RECORD**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

DATE INTERVIEWED: _7_ _30_ _97_

SCREENER'S INITIALS: _LF_

# TDCJ DIAGNOSTIC AND EVALUATION PROCESS
## DIAGNOSTIC SCREENING INTERVIEW

NAME: _BRAZIEL, ALVIN AVON JR_     TDCJ #: _792374_

DOB: _3_ / _16_ / _75_    AGE: _22_    SEX: (✓) MALE   ( ) FEMALE

PLACE OF BIRTH: _Dallas_    RACE: ( ) CAUCASIAN

OLD TDC #: _____    (✓) AFRICAN-AMER.

PRIOR TDC INCARCERATIONS:   YES   NO    ( ) HISPANIC

PRIOR ASSIGNMENT TO CTC:   YES   NO    ( ) OTHER: _____

PRIOR ASSIGNMENT TO MROP:   YES   NO

ON PSYCH. SERVICES CASELOAD:   YES   NO

CURRENT OFFENSE: _SEX ASLT CHILD_   _15 y/o female_ 5 YRS   _no relation_

SPECIAL CONSIDERATIONS FOR INTERVIEWS:

(✓)   NONE

( )   SPANISH-SPEAKING ONLY

( )   HEARING/VISUAL IMPAIRED

( )   WHEELCHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM

( )   SECURITY RISK: _____

( )   OTHER: _____

FURTHER DIAGNOSTIC II EVALUATION RECOMMENDED     ( ) YES    ( ) NO

REASON FOR REFERRAL:

( )   DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS

( )   HISTORY OF MENTAL HEALTH TREATMENT

( )   CURRENT SUICIDAL IDEATION

( )   PRIOR SUICIDAL GESTURE(S)

( )   DISPLAYED UNUSUAL BEHAVIOR

( )   AFFECTIVE DISTRESS NOTED

( )   UNUSUAL NATURE OF OFFENSE

( )   HIGH RISK FOR ADJUSTMENT PROBLEMS

( )   OTHER: _____

OTHER GENERAL COMMENTS

_____

_____

_____

✩ CL-69 (REV. 5/94)

1

1. HOW ARE YOU FEELING? _In the middle_
   _Content_

(✓) ( )  2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS?
   DID YOU GET ANY TYPE OF COUNSELING? _yes_
   FROM WHOM? (IF APPLICABLE) _Couns_
   WHAT WAS IT FOR? _sex offense_
   WHEN WAS IT? _last year_
   WHERE WAS IT? _____

( ) (✓)  3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
   ( ) NERVES, ( ) MENTAL PROBLEMS, OR ( ) EMOTIONAL PROBLEMS?
   SPECIFY THE MEDICATION: _____
   WHEN DID YOU TAKE THIS MEDICATION? _____
   BY WHOM WAS IT PRESCRIBED?      ( ) PSYCHIATRIST
                                   ( ) PHYSICIAN
                                   ( ) OTHER: _____
   CURRENT PSYCHOTROPIC MEDICATION: _____

( ) (✓)  4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
   WHY? _____
   WHEN? _____
   WHERE? _____
                 COURT COMMITMENT/VOLUNTARY

( ) (✓)  5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?
   WHAT TYPE? _____

(✓) ( )  6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE?
   SPECIFY: _2 - age 3 & age 10 / heat headaches_
                                                    _+ throbbing_

( ) (✓)  7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
   HOW MANY TIMES? _____
   HOW?   ( ) CUT ARM/WRIST          ( ) HANGING
          ( ) OD'ed ON _____      ( ) OTHER: _____
   WHEN? _____
   WHY? _____
   WAS MEDICAL ATTENTION REQUIRED?   ( ) YES   ( ) NO

( ) (✓)  8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT
   SUICIDE?
   HOW? _____

( ) (✓)  9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?

( ) (✓)  10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
    SPECIFY: _____

2

( )    (✓)   11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE?

                SPECIFY:_____

( )    (✓)   12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE?

                WHAT KIND?_____

13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?

| (✓) NONE | ( ) BARBITURATES | ( ) METHAMPHETAMINE (SPEED) |
|---|---|---|
| ( ) HEROIN | ( ) ACID | ( ) INHALANTS _____ |
| ( ) COCAINE | ( ) HASH | ( ) ALCOHOL |
| ( ) MARIJUANA | ( ) PCP | ( ) OTHER _____ |

14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL?  GRADE___8___

                WHERE?  (USA)     MEXICO     OTHER: _____

                DO YOU HAVE A     ( ) HIGH SCHOOL DIPLOMA     ( ) GED

( )    (✓)   15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES?

                WHY? _____

                WHAT GRADE(S)? _____

( )    (✓)   16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOYS' HOME, OR OTHER GROUP HOME?

                WHY? _____

(✓)    ( )   17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES?

                IF YES, SPECIFY: _____ Current offense

                _____

( )    (✓)   18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY?

(✓)    ( )   19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE? IF YES, SPECIFY: uncle's wife hit his head at age 3

                _____

3

YES   NO

( )   (✓) 11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE?

SPECIFY:_____

( )   (✓) 12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE?

WHAT KIND? _____

13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?

(✓) NONE          ( ) BARBITURATES   ( ) METHAMPHETAMINE  (SPEED)

( ) HEROIN        ( ) ACID           ( ) INHALANTS _____

( ) COCAINE       ( ) HASH           ( ) ALCOHOL

( ) MARIJUANA     ( ) PCP            ( ) OTHER _____

14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL?   GRADE ___8___

WHERE?   (USA)   MEXICO   OTHER: _____

DO YOU HAVE A          ( ) HIGH SCHOOL DIPLOMA      ( ) GED

( )   (✓) 15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES?

WHY? _____

WHAT GRADE(S)? _____

( )   (✓) 16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOYS' HOME, OR OTHER GROUP HOME?

WHY? _____

(✓)   ( ) 17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES?

IF YES, SPECIFY: _____Current offense_____

_____

( )   (✓) 18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY?

(✓)   ( ) 19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE? IF YES, SPECIFY: uncle's wife hit his head at age 3

_____

# BEHAVIORAL OBSERVATIONS

APPEARANCE:     (✓) UNREMARKABLE        ( ) DISHEVELED        ( ) ODD

HYGIENE:     (✓) GOOD        ( ) FAIR        ( ) POOR

INTERACTION:     (✓) COOPERATIVE        ( ) LIMITED        ( ) UNCOOPERATIVE

MOTOR BEHAVIOR:     (✓) WITHIN NORMAL LIMITS        ( ) RESTLESS        ( ) DID NOT MOVE

     ( ) _____

SPEECH:     (✓) CLEAR        ( ) MUMBLES        ( ) SPEECH IMPEDIMENT

RATE:     (✓) SPONTANEOUS        ( ) FAST        ( ) _____

MOOD:     (✓) WITHIN NORMAL LIMITS    ( ) SAD        ( ) IRRITABLE

     ( ) UNUSUALLY HAPPY    ( ) ANXIOUS        ( ) FRIGHTENED

     ( ) SILLY        ( ) _____

ALERTNESS:     (✓) ALERT        ( ) CONFUSED    ( ) DAZED        ( ) DISTRACTED

5

No. _F-0140043-S_

THE STATE OF TEXAS

IN THE _282ND DISTRICT_

V.

COURT IN AND FOR

_ALVIN AVON JR BRAZIEL_

DALLAS COUNTY, TEXAS

**AFFIDAVIT**

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED **LISA AYERS**, WHO, BEING DULY SWORN, DEPOSED AS FOLLOWS:

MY NAME IS **LISA AYERS**, I AM OF SOUND MIND, CAPABLE OF MAKING THIS AFFIDAVIT, AND PERSONALLY ACQUAINTED WITH THE FACT HEREIN STATED:

I AM THE CUSTODIAN OF THE RECORDS OF THE DALLAS COUNTY HOSPITAL DISTRICT. ATTACHED HERETO ARE ___15___ PAGES OF RECORDS FROM THE DALLAS COUNTY HOSPITAL DISTRICT. THESE SAID __15__ PAGES OF RECORDS ARE KEPT BY THE DALLAS COUNTY HOSPITAL DISTRICT IN THE REGULAR COURSE OF BUSINESS, AND IT WAS THE KNOWLEDGE OF THE ACT, EVENT, CONDITION, OPINION, OR DIAGNOSIS, RECORDED TO MAKE THE RECORD OR TO TRANSMIT INFORMATION THEREOF TO BE INCLUDED IN SUCH RECORD, AND THE RECORD WAS MADE AT OR NEAR THE TIME OR REASONABLY SOON THEREAFTER. THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE ORIGINAL, AND IT IS A RULE OF THE DALLAS COUNTY HOSPITAL DISTRICT TO NOT PERMIT THE ORIGINALS TO LEAVE THE HOSPITAL. RECORDS CREATED BY OR OBTAINED FROM OTHER HEALTHCARE PROVIDERS OR ORGANIZATIONS ARE NOT INCLUDED.

_____
LISA AYERS

SWORN TO AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF _____, 20____.

_____
NOTARY PUBLIC IN AND FOR
DALLAS COUNTY, TEXAS
MY COMMISSION EXPIRES: _____

YOLANDA SANCHEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 11/10/2005

P:\LISA\Affidavit.doc
9/13/01

6

| CASE NUMBER 12452742 | 2 | E1526 | DALLAS COUNTY HOSPITAL DISTRICT **PARKLAND MEMORIAL HOSPITAL** REPORT OF EMERGENCY ROOM ADMISSION | ADMIT DATE 02/01/84 | ADMIT TIME 18:44 | UNIT NUMBER 000000500659 |

| LAST FIRST MIDDLE MAIDEN BRAZIELL, ALVIN A. | | DOB | AGE | SEX | MARITAL | RACE | DATE OF BIRTH | PREV | TYPE 10 | STATUS F1P |

| ARRIVED BY CAR | LOCATION & NATURE OF ACCIDENT AND CHIEF COMPLAINT LAC SCALP FELL | OPC NO. REGISTER |

| PATIENT ADDRESS 4922  EASTGATE CR, DALLAS | STATE TX | PATIENT PHONE 214-371-2602 | BIRTH PLACE-CITY-STATE DALLAS-PM TX | EMERGENCY NOTIFICATION PHONE 000-000-0000 |

| PERSON TO NOTIFY KING, GWEN | EMERGENCY NOTIFICATION ADDRESS , DALLAS | CITY | STATE TX | E. NOT. | GUARANTOR PHONE 214-948-9897 |

| GUARANTOR NAME LANG, GLENDA C | GUARANTOR ADDRESS 4922 EASTGATE CR, DALLAS | STATE TX | ZIP CODE 75216 | RELATION TO PATIENT |

| GUARANTOR EMPLOYER REC AFDC | GUARANTOR EMPLOYER ADDRESS DALLAS | STATE TX | GUARANTOR EMPLOYER PHONE 000-000-0000 |

| INSURANCE CO. NAME | CO. NO. | PLAN NO. | GROUP NO. | POLICY/CERTIFICATE NO. | NAME OF INSURED |

| MEDICARE NO. | MEDICAID NO. | NAME OF INSURED | | EMPLOYER OF INSURED |

| ALLERGIES    NONE | | GUAR. CTY. | POLICE NOTIFIED BY | SERVICE SURG. | COUNTY 957 | RELIGION BAP |

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT. FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.

SIGNED  X
RELATIONSHIP IF SIGNING FOR PATIENT        WITNESS

*(minor, unsigned)*
*(medical)*

**PRIOR TREATMENT**

TREATMENT RENDERED PRIOR TO ARRIVAL AT HOSPITAL:

I.V.'S

MEDICATIONS AND TIME OF ADMINISTRATION

DEFIBRILLATION AND TIME

| DEPOSITED IN SAFE | | | | OTHER PROPERTY | | | | | DEPOSITED IN SECURITY |
| WATCH | RINGS | WALLET | KEYS | UNDER WEAR | SOCKS | SHOES | OVERALLS COVERALLS | HAT | GLASSES |
| $       CASH | | | | SHIRT BLOUSE | SKIRT PANTS | SUIT DRESS | JACKET | TOP COAT OVERCOAT | DENTURES |
| DEPOSITED BY: | DATE | BY | | CHECKED BY: | | DATE | | RELEASED BY | BY: |

LABORATORY:    SERVICES RENDERED - (PLEASE CIRCLE)

| 4639  4600  2957  2954 CBC-DIFF CBC  SMA⁹  SMA¹² | T & C: | 4875 BLOOD GASES | TOXICOLOGY | FBS: | 4692 ART SEROLOGY | 6283 CARDIAC ENZYMES |

| 4515 AMYLASE: | 4707 URINALYSIS: | 4859 LIVER BATTERY | 4031 SGOT | 6277 PROTIME  &  PTT | CULTURE |

OTHER

X-RAY ORDERED

| TRAYS ORDERED: | FOLEY | CATH | DRAINAGE BAG | URIMETER | VEN | L. P. | C. D. | PAR. | LEVIN TUBE | ASEPTO | SUTURE | I & D | TRACH |

O₂  MASK     CANNULA    IPPB    RESPIRATOR  EKG     CVP    SUTURE REMOVAL SET     REQUEST CHART

| TIME ORDERED | B/P 100/60  364  P 100  R 18 | TIME TAKEN 1855 | NURSE MUST INITIAL & RECORD TIME WHEN ORDER OR TREATMENT IS COMPLETED | NURSING PERSONNEL INITIALS |

| | CHARGES |
| Wt 26.67 KGS Room - Suture | LABORATORY $ |
| TETANUS TOXOID ___ DIPTHERIA/TETANUS TOXOID ___ | DRUGS $ |
| | X-RAYS $ |
| | CENTRAL SUPPLY $ |
| | TREATMENTS $ |
| | REGISTRATION $ |
| | PATIENT ALLOWANCE $ |
| | CASH PAYMENT |
| PRIMARY DIAGNOSIS  scalp lac      NO. SUTURES | NET TOTAL $ |
| DISPOSITION  home          APPOINTMENT TO: | |
| PHYSICIAN'S SIGNATURE  TIME DISCHARGED  INSTRUCTIONS GIVEN? ☐ YES   PATIENT SIGNATURE IF INSTRUCTIONS GIVEN  X | **005** |

FORM NO. 98002 (REV. 1/79)

**MEDICAL RECORD**

CONDITION ON ADMISSION: ☐GOOD ☐FAIR ☒SERIOUS ☐CRITICAL

HISTORY: *[illegible handwriting]* and scraped (R) forehead. ⊖ LOC
Tetnus status current

PHYSICAL FINDINGS: GENERAL  Alert, O×3, NAD

HEENT  PERRL, EOMI
Fundi benign

NECK  forehead abrasions clean

CHEST  Back of head 1½" lac - ellipse clear appearing

HEART  Repaired lac c̄ 4-0 nylon interrupted
p̄ cleaning area c̄ Betadine and

ABD.  anesth c̄ 1% Lidocaine c̄ epi

EXT.  Skull film ⊖

NEUROLOGICAL

VASCULAR

INSTRUCTIONS TO PATIENT AND DISPOSITION:  RTC 7d ACC suture removal

IMPRESSION:  scalp lac - abrasions

CONDITION ON DISCHARGE:

(CONTINUE ON PROGRESS NOTE IF NECESSARY) IF ADMITTED, WRITE WARD ORDERS ON DR'S ORDER SHEET & ATTACH

TO WHOM IT MAY CONCERN:                 RELEASE
DECLARING MYSELF TO BE THE RESPONSIBLE PARTY I AM VOLUNTARILY REMOVING
_____ FROM DALLAS COUNTY HOSPITAL DISTRICT
AND I HEREBY ASSUME ANY AND ALL RESPONSIBILITY FOR ACCIDENT OR ILLNESS
ATTENDING OR FOLLOWING THE ABOVE NAMED PATIENT'S DISCHARGE FROM THE ABOVE
NAMED INSTITUTION. I ACKNOWLEDGE LIABILITY FOR ALL INCURRED EXPENSES, IN-
CLUDING THE EMERGENCY SERVICES REGISTRATION FEE.

WITNESS_____  SIGNED X_____
DATE_____  TIME_____

8

DALLAS COUNTY HOSPITAL DISTRICT

| CASE NUMBER | | | ADMIT DATE | ADMIT TIME | UNIT NUMBER |
|---|---|---|---|---|---|
| 556214 **2** BAILEY | **PARKLAND MEMORIAL HOSPITAL** BB | | 03/23/80 | 22:36 | 500659 |

REPORT OF EMERGENCY ROOM ADMISSION

| LAST | SEX | STATUS | | ADM DATE OF BIRTH | TYPE | STATUS |
|---|---|---|---|---|---|---|
| BRAZIEL, ALVIN A. | 005 M | S | B | 03/16/75 Y | 10 | F1P |

| ARRIVED BY | LOCATION & NATURE OF ACCIDENT. AND CHIEF COMPLAINT. | OPC NO. REGISTER |
|---|---|---|
| CAR | HIGH TEMP | |

| PATIENT ADDRESS | STATE | PATIENT PHONE | BIRTH PLACE-CITY-STATE | EMERGENCY NOTIFICATION PHONE |
|---|---|---|---|---|
| 841 ARPEGE CR., DALLAS | TX | 214-374-5284 | DALLAS-PM TX | 214-374-7407 |

| PERSON TO NOTIFY | EMERGENCY NOTIFICATION ADDRESS | CITY | STATE | E. NOT. KIN. | GUARANTOR PHONE |
|---|---|---|---|---|---|
| JERNIGAN, THERESSA | 841 ARPEGE CR., DALLAS | | TX | 4 | 214-374-7407 |

| GUARANTOR NAME | GUARANTOR ADDRESS | STATE | ZIP CODE | RELATION TO PATIENT |
|---|---|---|---|---|
| BRAZIEL, GLENDA | 841 ARPEGE CR., DALLAS | TX | 75224 | 2 |

| GUARANTOR EMPLOYER | GUARANTOR EMPLOYER ADDRESS | STATE | GUARANTOR EMPLOYER PHONE |
|---|---|---|---|
| SOUTHERN MORG. TRUST | | | 000-000-0000 |

| INSURANCE CO. NAME | CO. NO. | PLAN NO. | GROUP NO. | POLICY/CERTIFICATE NO. | NAME OF INSURED |
|---|---|---|---|---|---|
| | | | | | |

| MEDICARE NO. | MEDICAID NO. | NAME OF INSURED | EMPLOYER OF INSURED |
|---|---|---|---|
| | | | |

| ALLERGIES: NKDA | | GUAR. CTY. | POLICE NOTIFIED BY | SERVICE | COUNTY | RELIGION |
|---|---|---|---|---|---|---|
| | | | | PEDI | 057 | BAP |

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT. FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.

SIGNED X *Glenda Braziel*
RELATIONSHIP IF SIGNING FOR PATIENT   WITNESS  S.S.

### PRIOR TREATMENT

TREATMENT RENDERED PRIOR TO ARRIVAL AT HOSPITAL:

I.V.'S

MEDICATIONS AND TIME OF ADMINISTRATION

DEFIBRILLATION AND TIME

| DEPOSITED IN SAFE | OTHER PROPERTY | DEPOSITED IN SECURITY |
|---|---|---|
| ☐ WATCH  ☐ RINGS  ☐ WALLET  ☐ KEYS | ☐ UNDER WEAR  ☐ SOCKS  ☐ SHOES  ☐ OVERALLS COVERALLS  ☐ HAT | ☐ GLASSES |
| $_____ CASH ☐ | ☐ SHIRT BLOUSE  ☐ SKIRT PANTS  ☐ SUIT DRESS  ☐ JACKET  ☐ TOP COAT OVERCOAT | ☐ DENTURES |

DEPOSITED BY:        DATE        BY        CHECKED BY:        DATE        RELEASED BY        BY:

### LABORATORY:

SERVICES RENDERED - (PLEASE CIRCLE)

| 4639 CBC-DIFF CBC | 4600 SMA 6 | 2957 SMA 12 | 2954 12 | T & C: | 4875 BLOOD GASES | TOXICOLOGY | FBS: | 4692 ART SEROLOGY | 6283 CARDIAC ENZYMES |
|---|---|---|---|---|---|---|---|---|---|

| 4515 AMYLASE: | 4707 URINALYSIS: | 4859 LIVER BATTERY | 4031 SGOT | 6277 PROTIME & PTT | CULTURE |
|---|---|---|---|---|---|

OTHER

X-RAY ORDERED

| TRAYS ORDERED: | FOLEY | CATH | DRAINAGE BAG | URIMETER | VEN | L.P. | C.D. | PAR. | LEVIN TUBE | ASEPTO | SUTURE | I & D | TRACH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

O₂ MASK        CANNULA   IPPB   RESPIRATOR EKG        CVP        SUTURE REMOVAL SET        REQUEST CHART

| ORDERS & TREATMENTS | | | | CHARGES |
|---|---|---|---|---|

NURSE MUST INITIAL & RECORD TIME WHEN ORDER OR TREATMENT IS COMPLETED

LABORATORY

| TIME ORDERED | B/P | T. 38.7 P. | R. | TIME TAKEN 2345 | NURSING PERSONNEL INITIALS | $ |
|---|---|---|---|---|---|---|

DRUGS

TETANUS TOXOID _____ DIPTHERIA/TETANUS TOXOID _____

$ _____ X-RAYS

19 kilo

2255 Tylenol 1 tspoon P.o give child ½ the medicine at t Aları̇ 8.

$ _____ CENTRAL SUPPLY

TREATMENTS

2340 repeat temp 39 Rectal

$ _____ REGISTRATION

$ _____ PATIENT ALLOWANCE

$ _____ CASH PAYMENT

| PRIMARY DIAGNOSIS | NO. SUTURES | NET TOTAL |
|---|---|---|

POSITION

APPOINTMENT TO:

S SIGNATURE        TIME DISCHARGED   INSTRUCTIONS GIVEN? ☐ YES   PATIENT SIGNATURE IF INSTRUCTIONS GIVEN   X

**005** 9

MEDICAL RECORD

| CASE NUMBER | | | | | DALLAS COUNTY HOSPITAL DISTRICT | | ADMIT DATE | | ADMIT TIME | | UNIT NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6456612 | | JACKSO | | | **PARKLAND MEMORIAL HOSPITAL**<br>REPORT OF EMERGENCY ROOM ADMISSION | BB | 09/15/80 | 12:45 | | | 500659 |

| LAST | FIRST | MIDDLE | MAIDEN | AGE | SEX | MARITAL STATUS | RACE | DATE OF BIRTH | PREV. | TYPE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BRAZIEL | | | | | | | | | | | F1P |

| ARRIVED BY | LOCATION & NATURE OF ACCIDENT AND CHIEF COMPLAINT | OPC NO: REGISTER |
|---|---|---|
| CAR | LACERATION TO CHIN | |

| PATIENT ADDRESS | STATE | PATIENT PHONE | BIRTH PLACE-CITY-STATE | EMERGENCY NOTIFICATION PHONE |
|---|---|---|---|---|
| 4950 WADSWORTH #250, DALLAS | TX | 214-374-5284 | DALLAS-FM TX | 214-374-7407 |

| PERSON TO NOTIFY | EMERGENCY NOTIFICATION ADDRESS | CITY | STATE | E. NOT. KIN | GUARANTOR PHONE |
|---|---|---|---|---|---|
| JERNIGAN, THERESSA | 841 ARPEGE CR., DALLAS | | TX | 4 | 214-374-5284 |

| GUARANTOR NAME | GUARANTOR ADDRESS | STATE | ZIP CODE | RELATION TO PATIENT |
|---|---|---|---|---|
| BRAZIEL, GLENDA | 4950 WADSWORTH #250, DALLAS | TX | 75216 | |

| GUARANTOR EMPLOYER | GUARANTOR EMPLOYER ADDRESS | STATE | GUARANTOR EMPLOYER PHONE |
|---|---|---|---|
| SOUTHERN MORAGE | | | 000-000-0000 |

| INSURANCE CO. NAME | CO. NO. | PLAN NO. | GROUP NO. | POLICY/CERTIFICATE NO. | NAME OF INSURED |
|---|---|---|---|---|---|
| | | | | | |

| MEDICARE NO. | MEDICAID NO. | NAME OF INSURED | EMPLOYER OF INSURED |
|---|---|---|---|
| | | | |

| ALLERGIES | NK | | GUAR. QTY. | POLICE NOTIFIED BY | SERVICE | COUNTY | RELIGION |
|---|---|---|---|---|---|---|---|
| | | | | | SURG. | 057 | BAP |

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT. FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.

SIGNED X Glenda C Braziel
RELATIONSHIP, IF SIGNING FOR PATIENT ___ WITNESS ___

**PRIOR TREATMENT**

TREATMENT RENDERED PRIOR TO ARRIVAL AT HOSPITAL:

I.V.'S

MEDICATIONS AND TIME OF ADMINISTRATION

DEFIBRILLATION AND TIME

| DEPOSITED IN SAFE | | | | OTHER PROPERTY | | | | | DEPOSITED IN SECURITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ WATCH | ☐ RINGS | ☐ WALLET | ☐ KEYS | ☐ UNDER WEAR | ☐ SOCKS | ☐ SHOES | ☐ OVERALLS COVERALLS | ☐ HAT | ☐ GLASSES | |
| $_____ CASH | | | | ☐ SHIRT BLOUSE | ☐ SKIRT PANTS | ☐ SUIT DRESS | ☐ JACKET | ☐ TOP COAT OVERCOAT | ☐ DENTURES | |

| DEPOSITED BY: | DATE | BY | CHECKED BY: | DATE | RELEASED BY: |
|---|---|---|---|---|---|
| | | | | | |

LABORATORY:                              SERVICES RENDERED - (PLEASE CIRCLE)

| 4639 | 4600 | 2957₆ | 2954₁₂ | | | 4875 | | | 4692 | | 6283 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CBC-DIFF | CBC | SMA₆ | SMA₁₂ | T & C: | | BLOOD GASES | TOXICOLOGY | FBS: | ART SEROLOGY | | CARDIAC ENZYMES |

| 4515 | 4707 | 4859 | 4031 | 6277 | |
|---|---|---|---|---|---|
| AMYLASE: | URINALYSIS: | LIVER BATTERY | SGOT | PROTIME & | PTT | CULTURE |

OTHER

X-RAY ORDERED

TRAYS ORDERED: FOLEY CATH DRAINAGE BAG URIMETER VEN L.P. C.D. PAR. LEVIN TUBE ASEPTO. SUTURE I & D TRACH

O₂ MASK CANNULA IPPB RESPIRATOR EKG CVP SUTURE REMOVAL SET REQUEST CHART

| ORDERS & TREATMENTS | NURSE MUST INITIAL & RECORD TIME WHEN ORDER OR TREATMENT IS COMPLETED | | CHARGES |
|---|---|---|---|
| | | | **LABORATORY** $ |
| TIME ORDERED | B/P 92/76 T. 37.5 P. 100 R. TIME TAKEN ___ NURSING PERSONNEL INITIALS | | **DRUGS** $ |
| TETANUS TOXOID _____ DIPTHERIA/TETANUS TOXOID _____ | | | **X-RAYS** $ |
| Room | | | **CENTRAL SUPPLY** $ |
| | | | **TREATMENTS** $ |
| | | | **REGISTRATION** $ |
| | | | **PATIENT ALLOWANCE** $ |
| | | | **CASH PAYMENT** $ |

| PRIMARY DIAGNOSIS | NO. SUTURES |
|---|---|
| Chin laceration | 4 |

| DISPOSITION | APPOINTMENT TO: |
|---|---|
| Home | Surg ER F/a |

| PHYSICIAN'S SIGNATURE | TIME DISCHARGED | INSTRUCTIONS GIVEN? ☐ YES | PATIENT SIGNATURE IF INSTRUCTIONS GIVEN X | 00510 |
|---|---|---|---|---|

FORM NO. 58002 (REV. 1/79)

**MEDICAL RECORD**

CONDITION ON ADMISSION: ☐GOOD ☐FAIR ☒SERIOUS ☐CRITICAL

HISTORY: 5 yr old BU laceration chin

PHYSICAL FINDINGS: GENERAL

Exam - 1.5 cm laceration chin
Cleaned c betadine
Subcutaneous running stitch c 4-0 vicryl

HEENT

Steri Strips over skin

NECK

CHEST

Impression: Chin laceration

Plan: wound check in one week

ABD.

EXT.

NEUROLOGICAL

VASCULAR

INSTRUCTIONS TO PATIENT AND DISPOSITION:

IMPRESSION:

CONDITION ON DISCHARGE:

(CONTINUE ON PROGRESS NOTE IF NECESSARY) IF ADMITTED, WRITE WARD ORDERS ON DR'S ORDER SHEET & ATTACH

TO WHOM IT MAY CONCERN: RELEASE

DECLARING MYSELF TO BE THE RESPONSIBLE PARTY I AM VOLUNTARILY REMOVING
_____ FROM DALLAS COUNTY HOSPITAL DISTRICT
AND I HEREBY ASSUME ANY AND ALL RESPONSIBILITY FOR ACCIDENT OR ILLNESS
ATTENDING OR FOLLOWING THE ABOVE NAMED PATIENT'S DISCHARGE FROM THE ABOVE
NAMED INSTITUTION. I ACKNOWLEDGE LIABILITY FOR ALL INCURRED EXPENSES, IN-
CLUDING THE EMERGENCY SERVICES REGISTRATION FEE.

WITNESS_____ SIGNED X_____
DATE_____ TIME_____

11

DALLAS COUNTY HOSPITAL DISTRICT
**PARKLAND MEMORIAL HOSPITAL BE** 05/17/79 02:32

REPORT OF EMERGENCY ROOM ADMISSION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CASE NUMBER 405363 **2** | MOREAU | | | ADMIT DATE 05/17/79 | ADMIT TIME 02:32 | UNIT NUMBER | 500659 |

LAST BRAZIEL FIRST GLENDA MIDDLE MAIDEN AGE 8 SEX F MARITAL RACE N DATE OF BIRTH PREV. TYPE STATUS F1P

Case 3:09-cv-01591-M Document 70 Filed 08/18/11 Page 13 of 32 PageID 5620

ARRIVED BY CAR

LOCATION & NATURE OF ACCIDENT AND CHIEF COMPLAINT VOMITING

OPC NO. REGISTER

PATIENT ADDRESS 841 ARPEGE CR., DALLAS STATE TX PATIENT PHONE 214-374-5284 BIRTH PLACE-CITY-STATE DALLAS-PM TX EMERGENCY NOTIFICATION PHONE 214-374-7407

PERSON TO NOTIFY JERNIGAN, THERESSA EMERGENCY NOTIFICATION ADDRESS 841 ARPEGE CR., DALLAS CITY STATE TX E. NOT. K4 GUARANTOR PHONE 214-374-5284

GUARANTOR NAME BRAZIEL, GLENDA GUARANTOR ADDRESS 841 ARPEGE CR., DALLAS STATE TX ZIP CODE 75224 RELATION TO PATIENT

GUARANTOR EMPLOYER GUARANTOR EMPLOYER ADDRESS STATE GUARANTOR EMPLOYER PHONE 000-000-0000

INSURANCE CO. NAME CO. NO. PLAN NO. GROUP NO. POLICY/CERTIFICATE NO. NAME OF INSURED

MEDICARE NO. MEDICAID NO. NAME OF INSURED EMPLOYER OF INSURED

**ALLERGIES:** NKDA

| GUAR. CTY. | POLICE NOTIFIED BY | SERVICE PEDI | COUNTY 057 | RELIGION BAP |
|---|---|---|---|---|

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT. FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.

SIGNED X *Theresa Jernigan*

RELATIONSHIP IF SIGNING FOR PATIENT WITNESS

**PRIOR TREATMENT**

TREATMENT RENDERED PRIOR TO ARRIVAL AT HOSPITAL:

I.V.'S

MEDICATIONS AND TIME OF ADMINISTRATION

DEFIBRILLATION AND TIME

| DEPOSITED IN SAFE | | | | OTHER PROPERTY | | | | | DEPOSITED IN SECURITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ WATCH | ☐ RINGS | ☐ WALLET | ☐ KEYS | ☐ UNDER WEAR | ☐ SOCKS | ☐ SHOES | ☐ OVERALLS COVERALLS | ☐ HAT | ☐ GLASSES | |
| $_____ ☐ CASH | | | | ☐ SHIRT BLOUSE | ☐ SKIRT PANTS | ☐ SUIT DRESS | ☐ JACKET | ☐ TOP COAT OVERCOAT | ☐ DENTURES | |
| DEPOSITED BY: | DATE | BY | | CHECKED BY: | DATE | | RELEASED BY | | BY: | |

LABORATORY:

SERVICES RENDERED - (PLEASE CIRCLE)

| 4639 | 4600 | 2957 | 2954 | | 4875 | | | | 4692 ART | | 6283 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CBC-DIFF | CBC | SMA⁶ | SMA¹² | T & C. | BLOOD GASES | TOXICOLOGY | FBS: | | SEROLOGY | | CARDIAC ENZYMES |

| 4515 | 4707 | | 4859 | 4031 | 6277 | | | |
|---|---|---|---|---|---|---|---|---|
| AMYLASE: | URINALYSIS: | | LIVER BATTERY | SGOT | PROTIME & | PTT | CULTURE | |

OTHER

X-RAY ORDERED

TRAYS ORDERED: FOLEY CATH DRAINAGE BAG URIMETER VEN L. P. C. D. PAR. LEVIN TUBE ASEPTO SUTURE I & D TRACH

O₂ MASK CANNULA IPPB RESPIRATOR EKG CVP SUTURE REMOVAL SET REQUEST CHART

ORDERS & TREATMENTS | NURSE MUST INITIAL & RECORD TIME WHEN ORDER OR TREATMENT IS COMPLETED | CHARGES LABORATORY

| TIME ORDERED | B/P | T. 100 | P. | R. | TIME TAKEN 0305 | NURSING PERSONNEL INITIALS AV | $ |
|---|---|---|---|---|---|---|---|

| | DRUGS $ |

TETANUS TOXOID _____ DIPTHERIA/TETANUS TOXOID _____

W. 16 #3 kilo.

X-RAYS $

CENTRAL SUPPLY $

TREATMENTS $

REGISTRATION $

PATIENT ALLOWANCE $

CASH PAYMENT $

PRIMARY DIAGNOSIS Viral G.E.

NO. SUTURES

NET TOTAL $

DISPOSITION Home

APPOINTMENT TO:

PHYSICIAN'S SIGNATURE/ TIME DISCHARGED 0345 INSTRUCTIONS GIVEN? ☒ YES PATIENT SIGNATURE IF INSTRUCTIONS GIVEN X

**005** ⁴²

FORM NO. 58002 (REV. 1/79) MEDICAL RECORD

**DALLAS COUNTY HOSPITAL DISTRICT**

**CMC REFERRAL**

E.S. #

NAME 3/23/80 ES 3408 AGE____ RACE____ SEX____ D.O.B. 3/16/78

PARENT 50 06 59 C 5562142 ADDRESS 374-5284 PHONE 324-74
BRAZIEL, ALVIN S

TEMP. 10   05/M/8   PULSE____   RESP.____   B/P____   WT. 19 Kilo

**HISTORY & PHYSICAL** 5 y old BM ⊤ by cough ↓ in order —
mod. fever at night — today has vomited x2 today
and vigros cough — No diarrhea —
No other prob___

PE — WDW NBM — No acute distress
HEENT — Clear — ___ cong — Nose
___ Chest Clear ___
Abd. ___
Ext WNL
Neuro ___

**DIAGNOSIS** ___ ___

**TREATMENT:** — ___ ___
— ___
— return if fever persists x 3 days

(Physician's Signature)         Time

006

FORM NO. 55705 (REV. 2/77)

**MEDICAL RECORD PMH**

SPEEDIPLY ®Patented and other patents pending; MCP ®Patented, Moore Business Forms Inc., A

13

# DALLAS COUNTY HOSPITAL DISTRICT

DATE _____ 50  06  59  C  4053632 _____    E.S. # _____

NAME _____ BRAZIEL ALVIN _____
         10  4 MB   N

_____ AGE _____ RACE _____ SEX _____ D.O.B. _____

PARENT _Glenda Braziel_    ADDRESS _841 Aipese Cr._    PHONE _374-5284_

TEMP. _100.4 (R)_    PULSE _____    RESP. _____    B/P _____    WT. _16 Y8 kilo_

## HISTORY & PHYSICAL

4 y/o BM who this morning began vomiting and
having subjective fever c̄ headache. Had URI last
week. No diarrhea. No known exposures, but does go
to school.

PE: WDWN BM in NAD

HEENT: normocephalic, PERRL, EOM's intact;
        TM's, mouth - clean

Neck: supple

chest: clear        Heart: RR. Grii/VI SEM@ LSB

Abd: benign

Ext: no C C or E

Neuro: intact

## DIAGNOSIS   Viral GE

## TREATMENT:
1) Small, frequent clear liquid
2) Tylenol for fever, HA.
3) RTC in 2 days if fever persists

Need for and risks of
_____ (procedure)

_____ (Physician's Signature)        0345
                                        Time

FORM NO. 55705 (REV. 2/77)

MEDICAL RECORD PMH        Physician's Signature

006

SPEEDIPLY ®Patented and other patents pending; MCP ®Patented, Moore Business Forms Inc., A .

| | | | | |
|---|---|---|---|---|
| NAME LAST | | CITY | STATE | ZIP CODE | PHONE |

**STREET ADDRESS** DALLAS

| SOCIAL SECURITY NUMBER | BIRTH DATE | AGE | BIRTH PLACE (CITY & STATE) |
|---|---|---|---|
| 000-00-000 | 07-15-77 | | DALLAS TX |

**PREVIOUS ADMISSION AT DCHD - (NAME AND DATE)**
BRAZIEL

| SEX | RACE | RELIGION | NAME OF CHURCH |
|---|---|---|---|
| M | B | BAP | |

**ATTENDING PHYSICIAN(S)**
CLARK, WM. KEMP

**ADMITTING DIAGNOSIS**
SKULL FX

**ARRIVED BY**
CAR

**LOCATION OF ACCIDENT**

| OCCUPATION | SALARY | CODE | PHONE NO. |
|---|---|---|---|
| | 0.0000 | | |

**EMPLOYER**
MINOR

**PERSON TO NOTIFY**
JERNUHN, THERESA

**ADDRESS**
841 ARPEGE CR., DALLAS

| | STATE | ZIP CODE |
|---|---|---|
| | TX | 75224 |

**LEGAL NEXT OF KIN**
BRAZIEL, GLENDA

| REL. | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2 | 841 ARPEGE CR., DALLAS | | | |

**RESPONSIBLE PARTY'S NAME**
BRAZIEL, GLENDA

**RESPONSIBLE PARTY'S ADDRESS**
841 ARPEGE CR., DALLAS

**RESPONSIBLE PARTY'S EMPLOYER**
UNEMPLOYED

| OCCUPATION | SALARY | CODE | PHONE |
|---|---|---|---|
| | 0000 | | |

**RESPONSIBLE PARTY'S EMPLOYERS ADDRESS**

| CITY | STATE | ZIP CODE | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | 00000 | 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 |

### INSURANCE

| P/S | BLUE CROS | CO. NO. | PLAN NO. | GROUP NO. | CERTIFICATE NO. | CONTRACT NO. | NAME OF INSURED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHAM PUS | CO. NO. | PLAN NO. | MILITARY I.D. NO. | SPONSOR NAME | EFFECTIVE DATE | EXPIRATION DATE | RANK | BRANCH ARMED FOR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| SPONSOR S.S. NO. | DUTY STATION | MEDICARE NO. | MEDICAID NO. | NAME OF INSURED |
|---|---|---|---|---|
| | | | | |

| INSURANCE CO. NAME | CO. NO. | PLAN NO. | POLICY NO. | GROUP NO. | NAME OF INSURED |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

### PRE-ADMISSION NON-RESIDENT DATA

| REFERRAL | REASON | | REFERRED BY - NAME |
|---|---|---|---|

**REFERRED BY ADDRESS** | **TRANSFERRED FROM HOSPITAL** | **CITY**

| DATE TO BE ADMITTED | CLEARANCE - BUSINESS OFFICE | CLEARANCE - ADMINISTRATION |
|---|---|---|

**NAME OF PERSON INTERVIEWED**

**RELATION TO PATIENT**
2

**PHONE NO.**

---

### PARTY RESPONSIBLE MUST SIGN

I AGREE TO BE RESPONSIBLE FOR ALL MONIES DUE AS A RESULT OF THIS CONFINEMENT & FURTHER AGREE TO MAKE ARRANGEMENTS SATISFACTORY TO THE DALLAS COUNTY HOSPITAL DISTRICT FOR PAYMENT OF ALL BILLS PRIOR TO THIS PATIENT BEING DISCHARGED.

**SIGNATURE**

| DATE | RELATION TO PATIENT |
|---|---|

**ADDRESS**

| TYPE OF ADMISSION | ADMITTED BY | LOCATION OF OLD CHART |
|---|---|---|
| EMERGENCY | WALKER | MED REC |

| CASE NUMBER | | | | ADMIT DATE | ADMIT TIME | UNIT NUMBER |
|---|---|---|---|---|---|---|
| 211336 2 | RTHOMA | PARKLAND MEMORIAL REPORT OF EMERGENCY | BB | 09/26/78 | 18:24 | 500659 |

**PARKLAND MEMORIAL**
**REPORT OF EMERGENCY**

LAST: BRAZIEL FIRST: MIDDLE:
AGE SEX MARITAL STATUS DATE OF BIRTH TYPE PAY STATUS
10 F1P

ARRIVED BY: CAR
LOCATION & NATURE OF ACCIDENT AND ___: BRUISE, HIT BY STICK L.T. SIDE
SURG EAR

PATIENT ADDRESS: 841 ARPEGE CR DALLAS
STATE PATIENT PHONE 214-374-7407
BIRTH PLACE-CITY-STATE DALLAS TX

PERSON TO NOTIFY: BRAZIEL, GLENDA
EMERGENCY NOTIFICATION ADDRESS 841 ARPEGE CR DALLAS
STATE TX
E. NOT-KIN GUARANTOR PHONE 214-374-7407

GUARANTOR NAME: BRAZIEL, GLENDA
GUARANTOR ADDRESS 841 ARPEGE CR DALLAS
STATE TX
ZIP CODE 75224
RELATION TO PATIENT

GUARANTOR EMPLOYER: UNEMPLOYED
GUARANTOR EMPLOYER ADDRESS
STATE GUARANTOR EMPLOYER PHONE 000-000-0000

INSURANCE CO. NAME | CO. NO. | PLAN NO. | GROUP NO. | POLICY/CERTIFICATE NO. | NAME OF INSURED

MEDICARE NO. | MEDICAID NO. | NAME OF INSURED | EMPLOYER OF INSURED

**ALLERGIES: NKA**

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT.

SIGNED X _Glenda Braziel_
RELATIONSHIP IF SIGNING FOR PATIENT
WITNESS

**PRIOR TREATMENT**

TREATMENT RENDERED PRIOR TO ARRIVAL AT HOSPITAL:

I.V.'S

MEDICATIONS AND TIME OF ADMINISTRATION

DEFIBRILLATION AND TIME

**DEPOSITED IN SAFE**

☐ WATCH  ☐ RINGS  ☐ WALLET  ☐ KEYS  ☐ UNDERWEAR  ☐ SOCKS  ☐ SHOES  ☐ OVERALLS/COVERALLS  ☐ HAT

OTHER PROPERTY

☐ SHIRT/BLOUSE  ☐ SKIRT/PANTS  ☐ DRESS  ☐ JACKET  ☐ SWEATER/OVERCOAT  ☐ BELT/PURSE

DEPOSITED BY | DATE | BY | CHECKED BY | DATE

**LABORATORY**
4600 12857  2954
CBC-HGB CBC  SMA  SMA  T & C:
4875
BLOOD GASES  TOXICOLOGY  FBS:
4682
SEROLOGY  CARDIAC ENZYMES

4516
AMYLASE  4707 URINALYSIS  4859 LIVER BATTERY  4031 SGOT  6277 PROTIME & PTT  CULTURE

X-RAY ORDERED

TRAYS ORDERED: FOLEY  CATH  DRAINAGE BAG  URIMETER  VEN  L.P.  C.D.  PAR  ASEPTO  SUTURE  I & D  TRACH

O₂ MASK  CANNULA  IPPB  RESPIRATOR  EKG  CVP  SUTURE REMOVAL SET
REQUEST CHART

**SERVICES RENDERED- (PLEASE CIRCLE)**

**HISTORY OF PRODUCT RELATED INJURY** ☐ YES ☐ NO  PRODUCT

| CHARGES | |
|---|---|
| LABORATORY | $ |
| DRUGS | $ |
| X-RAYS | $ |
| CENTRAL SUPPLY | $ |
| TREATMENTS | $ |
| REGISTRATION | $ |
| PATIENT ALLOWANCE | $ |
| CASH PAYMENT | $ |
| NET TOTAL | $ |

ORDERS & TREATMENTS | NURSE MUST INITIAL & RECORD TIME WHEN ORDER OR TREATMENT IS COMPLETED

TIME ORDERED | B/P 110/50 | T 98 | P 76 | R | TIME TAKEN 1850 | NURSING PERSONNEL INITIALS

TETANUS TOXOID _____ DIPTHERIA/TETANUS TOXOID

PRIMARY DIAGNOSIS: _Admits to R.N.S._

DISPOSITION: | NO. SUTURES

PHYSICIAN'S SIGNATURE: _Phillip Lesh_
TIME DISCHARGED: | INSTRUCTIONS GIVEN? ☐ YES  PATIENT SIGNATURE IF INSTRUCTIONS GIVEN X

FORM NO. 58002 (REV. 3/77)
**MEDICAL RECORD**

005 6

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ SERIOUS ☐ CRITICAL

PARKLAND MEMORIAL HOSPITAL — REPORT OF EMERGENCY ROOM — CASE NUMBER

HISTORY: 3 y/o boy who was beaten by mother's inlaw of the mother who was caring for him during [illegible]. No reason for the beating apparently. The first time this has occurred. Patient has no previous medical problems. Mother came from work and found him beat up. She feels that child is more sleepy than usual for him.

PHYSICAL FINDINGS: GENERAL: Patient seems a bit small for stated age of 3

HEENT: Patient has PERL, EOMI, sclera clear - fundi not visible - TM clear. Child has bruise & ecchymosis under Rt eye, over left eye to temporal area, and

NECK: swelling over occiput - N & Throat clear

CHEST: - Bilateral Bruises over shoulder - Chest Clear to A&P

HEART: [illegible] $S_1$ & $S_2$ (splitting not apparent) [illegible] SEM, heard best in aortic area

ABD: - BS present - Soft - benign, - no masses, - no evidence of trauma

EXT: Abnormality - when patient walks he drags [illegible] leg - inside of foot lateral fashion

NEUROLOGICAL: Patient sleepy but easily arousable - able to state age, - able to walk c abnormality noted above, moves all extremities well. Reflexes

VASCULAR: Intact

INSTRUCTIONS TO PATIENT AND DISPOSITION: Neuro consult - X-Ray - Occipital skull fx

Admit to [illegible]

IMPRESSION:

CONDITION ON DISCHARGE:

(CONTINUE ON PROGRESS NOTE IF NECESSARY) IF ADMITTED, WRITE WARD ORDERS ON DR'S ORDER SHEET & ATTACH.

TO WHOM IT MAY CONCERN:

RELEASE

DECLARING MYSELF TO BE THE RESPONSIBLE PARTY I AM VOLUNTARILY REMOVING ____________ FROM DALLAS COUNTY HOSPITAL DISTRICT AND I HEREBY ASSUME ANY AND ALL RESPONSIBILITY FOR ACCIDENT OR ILLNESS ATTENDING OR FOLLOWING THE ABOVE NAMED PATIENT'S DISCHARGE FROM THE ABOVE NAMED INSTITUTION. I ACKNOWLEDGE LIABILITY FOR ALL INCURRED EXPENSES, INCLUDING THE EMERGENCY SERVICES REGISTRATION FEE.

WITNESS ____________ SIGNED X ____________

DATE ____________ TIME ____________ PHYSICIAN'S SIGNATURE

005

**DALLAS COUNTY HOSPITAL DISTRICT**
Department of Nursing Service

**PEDIATRIC NURSES ADMISSION NOTE**
**19 MONTHS AND OLDER**

Unit # _Alvin Brazil_ 11-2-685

50 06 54

Address BRAZIEL, ALVIN M/B
10-C1S 03/16/75
Birthdate OOS 9/27/78 780424 JAW

Classification _____

OP ☐   ER ☐   IP ☐   Admit # _____

---

Date: _9/27/78_   Time: _0135_   Age: _3_   Sex: _Male_

Name: _Alvin Brazil_
(Check spelling of name on hospital record with parent).   Nickname: _June Buggy_

Diagnosis: _Skull Fx. (Sister-In-Law may have beaten child.)_

Accompanied by: _Glenda Brazil_   Relationship: _Mother_

How Admitted: ☐ Ambulatory  ☐ Wheelchair  ☒ Stretcher  ☐ Other _____

Admitted From: ☒ E.R.  ☐ O.R.  ☐ Clinic  ☐ Admitting Office

Vital Signs: T _100_  P _144_  R _C_  BP _110/80_  WT. _30 lbs_  HT. _____

CLOTHING: ☐ Returned to parents  ☐ Left at bedside

INSTRUCTIONS GIVEN TO PATIENT/PARENTS:

☒ Call Light  ☒ Visiting Regulations  ☐ Mealtimes  ☒ Bedrest

☐ Given Parent Booklet  ☒ Side Rails Up at all Times
_None Available_

_Marlene Fisher, R.N._
Signature and Title

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

GENERAL APPEARANCE:

Skin:  ☒ Warm  ☐ Cold  ☒ Dry  ☐ Moist

☐ Bruise  ☐ Rash  ☐ Sores  ☐ Abrasions  ☐ Other _____

Location and Description: _large Hematoma c̄ Swelling at back right side of head._

Color: ☐ Normal  ☒ Pale  ☐ Flushed  ☐ Jaundiced  ☐ Cyanotic

OBSERVATIONS:

Pain: ☐ No  ☒ Yes  Location: _Head - Swollen Slightly at Back Especially when moved_

☐ Sharp  ☐ Aching  ☐ Constant  ☒ Intermittent

Respirations: ☐ Regular  ☒ Irregular  ☐ Shallow  ☒ Deep  ☐ Stridor

☐ Grunting  ☐ Wheezing  ☐ Retractions  ☐ Nasal Flaring  _Crying_

MENTAL STATUS: ☒ Alert  ☐ Happy  ☐ Unhappy  ☒ Irritable  ☐ Hyperactive

☐ Unconscious  ☐ Lethargic  ☐ Sleeping

ALLERGIES: _NKA_

HANDICAPS: _No_   _Marlene Fisher R.N._  **276**
Nurse's Signature

P.S. #661 Revised 10-76

**PERSONAL CARE:**

Does the child need assistance with: ☐ Dressing ☐ Bathing ☐ Combing ☐ Brushing teeth

**COMMUNICABLE DISEASE HISTORY:**

Has the child been exposed to any of the following within the past month? *No*

☐ Measles ☐ Mumps ☐ Chicken Pox ☐ Flu ☐ Other _____

Immunizations: DPT _____ Measles _____ Polio _____

TB Skin Test _____ Other _____ *Up to Date*

**DENTAL CARE:** *No*

When was your child last seen by a dentist: _____

**COMMUNICATION:**

Language spoken in home: ☑ English ☐ Spanish ☐ Other _____

Speaks well ✓ _____ Few Words _____

Comments: *Speaks plain*

**PLAY:**

What is your child's favorite toy? *Vans, Trucks* Did you bring it along? *No*

Any favorite games: _____ Who does your child play with? _____

Does your child have a pet at home? *No* What is it? _____

What is the pet's name? _____

**SCHOOL:**

Does your child attend nursery school? _____ Grade School _____

Name of school _____ District _____ Grade _____

☐ Learning difficulties ☐ Behavior problems

Name of best friend(s): _____

Name of favorite teacher: _____

List any special interests (hobbies, favorite books, favorite TV show, etc.)

_____

Is there anything else about your child that you feel we should know to make his/her stay as pleasant as possible? *No* _____

**OBSERVATIONS OF FAMILY INTERACTION** (child and mother, father, and/or significant other):

*Mother very concerned — questioned incidence of child abuse seen here. Expresses bitterness toward sister-in-law. Holding & cuddling child closely — afraid she may hurt child.*

**INITIAL ASSESSMENT OF PATIENT'S NEEDS:**

*1) Frequent observation for ↓ level of consciousness or any change in neuro signs*

*2) Bed rest and try to keep quiet and prevent anxiety*

*3) Watch for seizures and or vomiting (clear liquids only)*

*Marlene Fisher, R. N.*

Nurse's Signature

19

Name of person being interviewed: Glenda

Name of a friend or relative: _____

Address: _____ Phone Number: 374-7407 Ho

Who does the child live with? ☑Parents ☐ Legal Guardians ☐ Other _Mother_)

Are parents: ☐ Married ☐ Separated ☐ Divorced

Names and ages of brothers and sisters: _4 yr. old Lakeia, No Father sister_

Where do brothers and sisters live? _Mother_

Others living in home: _____

Has your child been in a hospital before? _No_

If yes, why _____

When _____ Where _____

Adjustment to hospital: _____

What did you tell your child about why he/she is being admitted to the hospital? _____

Has your child exhibited any extreme fears concerning:

☐ Needles ☐ People in white uniforms ☐ Other _____

Have any changes occurred in the environment recently? ☐ Birth of a sibling

☐ Death of a relative ☐ Illness in home ☐ Other _____

What medication is he/she on at home? _No_

How does he/she take it? _____

Do you have a public health nurse? _____ Name: _____

At what time of day will you be visiting your child? _Will be staying as much_

Where can you be reached if not at home? _as possible._

**EATING HABITS:**

Does your child: ☐ Use bottle ☐ Spoon ☐ Cup ☑Feeds self alone ☐ Feeds self with help.

What fruit juices does your child drink? _Orange, Punch_)

Prefers white or chocolate milk: _Both_

Twenty-four hour diet recall: _____

_Good Appetite - No particular food dislikes_

Are there any other feeding routines or aids that we should know about? _____

☐ Pacifier ☐ Sucks thumb Which thumb? _Left - Both, mainly left._

☐ Rt. Handed ☑Lt. Handed

**ELIMINATION:**

Is your child toilet trained for: ☑Bowel Movement ☑Urination _Goes By Self._

How long? _____

Does your child wear diapers? _No_ _____ Does your child use a

toilet chair or toilet? _Toilet_

What is the word used for: Urination _____ Bowel Movement _____

Is the child taken to toilet at night? _No_ _____ if yes, at what time _____

_Say "Need to go to bathroom."_

**SLEEPING HABITS:**

When is bedtime: _9:30_ Are naps taken? _Yes_

If yes, what time? _3:30_ _Sleeps about 1 hour._

Who does your child sleep with? _By Self_

☐ Crib ☐ Bed with sides ☑Adult bed

Describe any special bedtime routine; e.g., having prayers heard, taking teddy bear or doll to bed,

uses a night light: _No set routine._

NURSES NOTES

| DATE | TIME | |
|------|------|---|
| 9/27/78 | 0230 | This 3 year old black male was admitted from the emergency room with diagnosis of a skull fracture. Mother states that her brother's wife beat the child, but does not know exactly what happened. Child was alert and neuro-signs were stable on admission — pupils are equal and reactive to light, has movement of all 4 extremities, but complains of pain on left side — no swelling noted in any of left extremities. Has mild swelling at back and right side of head. Verbalizing appropriately with mother who ever assisted accompanied child and is still present at bedside. Child took 130 cc of apple juice and tolerated without vomiting. Resting quietly at this time. — Marlene Fisher R.N. |
| | 0515 | Temperature on admission was 100° ~~rect~~ orally and then at 0400 was 100⁴ orally — tried to take covers off of child — but he cried so single thickness sheet over him. Mother has been at bedside since admission. Took 130cc of apple juice this shift. Voided once — urine was dark yellow and clear. Neurologically, remains stable — pupils equal and reactive to light, all extremities moved on command. ⊕ side slightly weaken in both upper and lower extremities. Complains of pain intermittently, especially when crying or moving around. Sleeping quietly at this time. — Marlene Fisher, R.N. |
| | 1000 | Temp 100⁸F. NLS Stable. pt is alert and pupils are equal & reactive. Alt has movement of all extremities. Gave 1w pt clear fluids. but pt vomited all rept back. Paged Dr. _____ Dr. keeping close watch on pt. mom at bed. Thank _____ a _____ Siffin Knee. |
| 9-27-78 | 0940 | Alert and tolerating feedings fairly well. Easily alert. No distress noted. Police officer here at about 1630 and talked with parents. — Patricia Murray RN |

Mother - Glenda Turner
~~516~~ 516 Colgate Dr
Lancaster    75134
972-218-5717   { Disconnected
                 6-5-03
                 wither

Father - Not Involved


Sister - Iphicia Turner        28   } Same
         &                              Fa
         Kenand Bawks        21
         Lanorre Lang        19   } Same
         Briara Lang         11      Father
         Laquotia

22

Off. Conf. —

## Glenda Turner

Police had a warrant for car (see Valerie Little) Vol. 33 —
  They also went into house & got

w
Ⓑ went into office - Harrison + Tamblin -
she spoke w Harrison twice -

✡ ( She was told she would testify - Was not
called & never told why not.

_____

Note - The CW in the statutory rape prior.
was at the trial —
      WAS NOT CALLED
      BY EITHER SIDE

23

SHE WAS NEVER ABLE TO ABOUT THE DNA FROM DNA

GR.

C's Mother - Theressa Jernigan - 40 yrs. deceased
Bi-Polar - Schizophrenia
Terrell State Hosp

Brother - Kennard - Bi-Polar - Schizo Since 16
Terrell
Lewisberson
Green Oaks

C's Mo - PMH Psychiatric Unit
20 years ago
- hearing voices
- religious manifestation

C' Uncle - Mark Webster

C' has written some "strange" letters

C had skull fracture at age 3 4 —
PMH

He was hit, by VANESSA JERVIGAN, in head
w/ a stick — in coma for while — not thought
to live for while.

Still has SCAR on back of head

STATE OF TEXAS §

§ AFFIDAVIT

COUNTY OF DALLAS §

BEFORE ME, THE UNDERSIGNED AUTHORITY, personally appeared Glenda Turner, who being by me duly sworn, on her oath deposed and said:

"My name is Glenda Turner. I am over the age of 18 and capable of making this affidavit. I am the mother of Alvin Braziel, Jr. He was born on March 16, 1975. I am also the mother of Kinard Braziel and Lakicia Turner.

"In the time before Alvin's trial for capital murder, I was contacted by my son's attorneys. I went to Rick Harrison's once or twice. I do not remember ever going to the office of Richard Franklin to discuss Alvin's case. Neither do I remember either of the attorneys or their representative coming to my home.

"I was never asked to assist the trial team to prepare a social history for Alvin. More specifically, I was never asked whether Alvin had ever suffered serious head injuries or whether my family or Alvin's father's family had any history of psychiatric or psychological treatment. Neither was I asked about the circumstances of the homes that Alvin grew up in.

"I have been diagnosed with schizophrenia. I take Seroquel for my symptoms. My son Kinard, too, has been diagnosed with the disease. He is prescribed Zyprexa and Depakote for his symptoms. My mother has suffered two 'nervous breakdowns' and has been sent to the state hospital. My brother, Mark Webster, too, has been diagnosed with schizophrenia. I remember times when Alvin showed symptoms of schizophrenia, usually audio hallucinations. The times that I remember this most is when he was incarcerated relative the allegations of sexual assault of Tewania Taylor.

"When Alvin was two and a half years old, he was being watched by my sister-in-law, Vanessa Jernigan. For some reason, Vanessa hit Alvin in the head with a wooden stick causing a serious injury. Alvin was taken to Parkland Hospital and was kept there for approximately two weeks.

"Alvin was physically abused by my husband, Jimmy Lang. He and Kinard were whipped viciously by Lang. Though I don't remember seeing the attacks, I saw the physical results to the boys.

"At Alvin's trial, I was told that I had to remain out of the courtroom because I might be a witness, but I never testified."

26

Further affiant sayeth not.

Signed, August  7   , 2010.

*Glenda Turner*

Glenda Turner, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME this ___ day of August, 2010.

_____

Notary Public, State of Texas

C L E R K ' S   R E C O R D
DEATH SENTENCE APPEAL

Volume __ONE__ of __ONE__

Trial Court Cause Number __F01-40043-QS__

In the __JUDICIAL__ District Court #282

of Dallas County, Texas,

Honorable __K. GREENE__, Judge Presiding.

---

__THE STATE OF TEXAS__, Plaintiff

vs.

__ALVIN AVON BRAZIEL JR__, Defendant

---

Appealed to the
Court of Criminal Appeals of Texas at Austin, Texas,
or Court of Appeals for the __5TH__ District of Texas, at __DALLAS__, Texas.

---

Attorney for Appellant
Name __ADAM SEIDEL__
Address __CHATEAU PLAZA, STE 1400, 2515 MCKINNEY AVE, D[...]__ 201
Telephone No. __214-237-0835__
Fax No. __214-237-0901__
SBOT No. __17999290__
Attorney for: __ALVIN AVON BRAZIEL JR.__

FILED IN
COURT OF CRIMINAL APPEALS

DEC 21 2001

Troy C. Bennett, Jr., Clerk

---

Delivered to the Court of Criminal Appeals of Texas at Austin, Texas,
or Court of Appeals for the ____ District of Texas, at _____, Texas.
on the ____ day of _____, ____.

signature of clerk _____

name of clerk _____

title _____

---

Appellate Court Cause No. _____

Filed in the Court of Criminal Appeals of Texas at Austin, Texas,
or Court of Appeals for the __5TH__ District of Texas, at __DALLAS__, Texas,
this 18TH day of __DECEMBER__, __2001__.

JIM HAMLIN, DALLAS COUNTY DISTRICT CLERK

By __JANE MILLER__, Deputy

28

FORM 355A

ALVIN AVON BRAZIEL JR          CAUSE NO. F01-40043-QS

VS:                            IN THE 282ND JUDICIAL DISTRICT

THE STATE OF TEXAS            COURT OF DALLAS COUNTY, TEXAS

==================================================

= INDEX =
DEATH SENTENCE APPEAL

CAPTION                                                VOL. 1-01

TRUE BILL OF INDICTMENT (01 MAR 19)                    VOL. 1-02

TRIAL DOCKET                                           VOL. 1-04

CERTIFICTE OF EXAMINING TRIAL/ORDER
(SIGN & ENTERED 5 MAR 01)                              VOL. 1-06

DEFENDANT'S AFFIDAVIT OF INDIGENCY/FINDINGS/
ORDER (01 FEB 26)                                      VOL. 1-07

MOTION TO COMPEL DEFENDANT'S PSYCHIATRIC
EXAMINATION-ORDERS (SIGNED AND ENTERED 29 JUN 01)      VOL. 1-08

MOTION FOR THE COURT TO APPROVE AND AUTHORIZE
PAYMENT FOR EXPENSES OF DNA EXPERT (APR 16 01)-ORDER   VOL. 1-10

ORDER APPOINTING COUNSEL PURSUANT TO ARTICLE
11.071 C.C.P. (SIGNED 2 AUG 01)                        VOL. 1-14

OMNIBUS PRETRIAL-ORDER (JUN 28 01)                     VOL. 1-16

STATE'S RESPONSE TO DEFENDANT'S OMNIBUS PRETRIAL
MOTION (JUN 29 01)                                     VOL. 1-23

STATE'S DISCOVERY MOTION-ORDER (JUN 28 01)             VOL. 1-25

MOTION FOR DISCOVERY OF IDENTIFICATION
EVIDENCE-ORDER (APR 30 01)                             VOL. 1-28

STATE'S RESPONSE TO DEFENDANT'S MOTION FOR
DISCOVERY OF IDENTIFICATION EVIDENCE (MAY 4 01)        VOL. 1-30

MOTION FOR DISCOVERY OF DNA EVIDENCE-ORDER
(APR 23 01)                                            VOL. 1-32

MOTION FOR DISCOVERY OF HAIR, FIBER AND
FINGERPRINT EVIDENCE-ORDER (APR 30 01)                 VOL. 1-35

STATE'S RESPONSE TO DEFENDANT'S MOTION FOR
DISCOVERY OF HAIR, FIBER AND FINGERPRINT
EVIDENCE (MAY 4 01)                                    VOL. 1-37

STATE'S MOTION REQUESTING NOTICE OF DEFENDANT'S
INTENT TO USE CERTIFIED COPIES AND REQUESTING
DEFENDANT'S COMPLIANCE WITH RULE 902                   VOL. 1-39

STATE'S MOTION FOR PRODUCTION OF WITNESS STATEMENTS    VOL. 1-40

MOTION TO LIMIT DEFENDANT'S DISCOVERY REQUEST FOR
"WRITTEN STATEMENTS OF WITNESSES"                      VOL. 1-42

FORM 355A

= CONTINUED =                          PAGE 2

1   STATE'S REQUEST FOR NOTICE OF INTENT TO USE
    EXPERT WITNESS                                    VOL. 1-44

2   MOTION IN LIMINE-ORDER (JUN 28 01)               VOL. 1-45

3   STATE'S MOTION IN LIMINE REGARDING IMPEACHMENT
    BY EVIDENCE OF CONVICTION OF A CRIME             VOL. 1-48

4   MOTION IN LIMINE REGARDING BIAS OR INTEREST
5   OF A STATE WITNESS                               VOL. 1-50

6   MOTION IN LIMINE REGARDING REPUTATION OF STATE'S
7   WITNESSES                                        VOL. 1-52

8   STATE'S MOTION IN LIMINE REGARDING CHARACTER OF
9   VICTIM                                           VOL. 1-54

    STATE'S MOTION IN LIMINE CONCERNING CHARACTER
10  TESTIMONY PURSUANT TO RULE 405                   VOL. 1-56

11  STATE'S TRIAL MOTION IN LIMINE                   VOL. 1-57

12  MOTION TO SUPPRESS ILLEGAL IDENTIFICATION-ORDER
13  (JUN 28 01)                                      VOL. 1-59

14  MOTION TO SUPPRESS ILLEGALLY SEIZED DNA
    EVIDENCE-ORDER (JUN 28 01)                       VOL. 1-66

15  MOTION FOR INDIVIDUAL VOIR DIRE OF THE PANEL
16  OF PROSPECTIVE JURORS-ORDER (MAR 30 01)          VOL. 1-77

17  STATE'S MOTION FOR TIME TO READ AND RESPOND
    TO DEFENDANT'S MOTIONS                           VOL. 1-79

18  STATE'S MOTION TO ALLOW ADDITIONAL MOTIONS       VOL. 1-80

19  MOTION TO DECLARE SECTION 411.148 OF THE
20  GOVERNMENT CODE UNCONSTITUTIONAL-ORDER (JUN 29 01)  VOL. 1-81

21  MOTION FOR SPECIAL VENIRE-ORDER (MAR 30 01)      VOL. 1-84

22  CHARGE OF THE COURT (GUILT/INNOCENCE)
    (JUL 25 01)                                      VOL. 1-86

23  JURY VERDICT ON GUILT                            VOL. 1-95

24  CHARGE OF THE COURT (SPECIAL ISSUES)(JUL 25 01)  VOL. 1-96

25  JURORS ANSWER TO SPECIAL ISSUES NO. 1            VOL. 1-102

26  JUROR'S ANSWER TO SPECIAL ISSUE NO. 2            VOL. 1-104

27  JUDGMENT/SENTENCE (07 26 01)                     VOL. 1-106

28  DEFENDANT'S MOTION FOR NEW TRIAL-ORDER (JUL 26 01)  VOL. 1-110

29  DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH
30  APPOINTMENT OF ATTORNEY ON APPEAL/ORDER
    (JUL 26 01)                                      VOL. 1-111

31

32  DEPUTY COURT REPORTER STATEMENT (SIGNED 24 JUL 04)  VOL. 1-112

33

FORM 355 A

= CONTINUED =                           PAGE 3

1    DEFENDANT'S REQUEST FOR CLERK'S AND COURT
     REPORTER'S RECORD AND EXHIBITS ON APPEAL
2    (AUG 24 01)                              VOL. 1-113

3    CLERK'S CERTIFICATE THAT APPELLATE RECORD
     IS TRUE AND CORRECT (18 DEC 01)          VOL. 1-117

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33