# UNITED STATES DISTRICT COURT
for the

Northern District of Texas, Dallas D

| Alvin Avon Braziel, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:09-CV-1591-M |
| Lorie Davis, Director of TDCJ, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lorie Davis, Director of TDCJ                                                                                                           .

Date:    11/01/2018

                                                     s/ Jennifer W. Morris
                                                     *Attorney's signature*

                                                     Jennifer W. Morris - Texas Bar No. 24088680
                                                     *Printed name and bar number*

                                                     Texas Attorney General
                                                     P.O. Box 12548, Capitol Station
                                                     Austin, Texas 78711
                                                     *Address*

                                                     jennifer.morris@oag.texas.gov
                                                     *E-mail address*

                                                     (512) 936-1400
                                                     *Telephone number*

                                                     (512) 936-1280
                                                     *FAX number*

[Print]   [Save As...]                                                                                                    [Reset]